LEO GIESSLER et al., Respondents, *v.* AMERICAN BRASS CO., INC., Appellant.

Submitted April 7, 1947; decided April 17, 1947.

*Edwin B. Goddin* and *Edwin C. Morsch* for motion.
*George P. Stier* opposed.

Motion dismissed, with $10 costs and necessary printing disbursements, on the ground that the proposed appeal is not from a judgment finally determining the action within the meaning of the Constitution.